IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY RAY | : | CIVIL ACTION |
| | : | NO. 14-4959 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security | : | |

**ORDER**

AND NOW, this 26th day of July, 2016, upon consideration of plaintiff's briefs in support of request for review (Dkt. Nos. 8 and 11), defendant's response (Dkt. No. 9), the Report and Recommendation of Magistrate Judge David R. Strawbridge (Dkt. No. 12), plaintiff's objections to the Report and Recommendation (Dkt. No. 13), defendant's response (Dkt. No. 15), plaintiff's reply (Dkt. No. 16) and the administrative record (Dkt. No. 6) and for the reasons set forth in the accompanying memorandum it is ORDERED that:

1) the Report and Recommendation is APPROVED and ADOPTED;

2) plaintiff's objections to the Report and Recommendation are OVERRULED;

3) The decision of the Commissioner of Social Security is AFFIRMED and JUDGMENT is entered in favor of defendant Carolyn W. Colvin, Commissioner of Social Security, and against plaintiff Gregory Ray; and

4) The Clerk of Court shall mark this case CLOSED.

　　　　　　　　　　　　　　　　　　　　　　　*s/Thomas N. O'Neill, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　THOMAS N. O'NEILL, JR., J.